IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK TIMMONS,

      Plaintiff,                    No. CIV S-08-2404 LKK DAD P

  vs.

M. SLADE, et al.,

      Defendants.            FINDINGS AND RECOMMENDATIONS

                             /

        By an order filed December 1, 2008, plaintiff was ordered to file, within thirty days, a properly completed in forma pauperis affidavit that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a properly completed in forma pauperis affidavit that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

/////

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  Such a document should be captioned "Objections to Magistrate
5  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
6  within the specified time may waive the right to appeal the District Court's order.  Martinez v.
7  Ylst, 951 F.2d 1153 (9th Cir. 1991).
8  DATED: January 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
timm2404.fifp