IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

R. TIMMONS,

      Plaintiff,                      No. CIV S-08-2404 LKK DAD P

    vs.

M. SLADE, et al.,

      Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an amended complaint seeking relief pursuant to 42 U.S.C. 1983. On January 21, 2009, the court filed findings and recommendations recommending that this action be dismissed for plaintiff's failure to file an in forma pauperis application. On January 19, 2009, plaintiff filed a request for an extension of time to file a completed application to proceed in forma pauperis together with a prison trust account statement. The court will vacate the findings and recommendations and grant plaintiff an extension of time to file the requirements documents.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed on January 21, 2009 (Docket No. 9) are vacated;

/////

1

2. Plaintiff's January 16, 2009 request for an extension of time (Docket No. 8) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file a completed application to proceed in forma pauperis together with his prison trust account statement .

DATED: February 2, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md/4
timm2404.36ifp