IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

R. TIMMONS,

        Plaintiff,                         No. CIV S-S-08-2404 LKK DAD P

    vs.

M. SLADE, et al.,

        Defendants.               FINDINGS AND RECOMMENDATIONS

                           /

        Plaintiff is a state prisoner proceeding pro se with an amended complaint seeking relief pursuant to 42 U.S.C. § 1983. On October 10, 2008, plaintiff's claims were severed from those presented by two other plaintiffs and each plaintiff was ordered to file an amended complaint and to either pay the filing fee or to file an application to proceed in forma pauperis. On December 1, 2008 and February 3, 2009, the court granted plaintiff extensions of time to submit a completed in forma pauperis application. Plaintiff has not complied with the court's orders. Although plaintiff filed a notice on February 17, 2009, indicating that he was having difficulty getting his application processed and obtaining photocopies, there has not been any further action or communication from plaintiff. Plaintiff has been cautioned that failure to comply with the court's order or to seek an extension of time to do so would result in a recommendation that this action be dismissed without prejudice.

1

1 Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
2 without prejudice. See Local Rule 11-110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).
3 These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court. Such a document should be captioned "Objections to Magistrate
7 Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. Martinez v.
9 Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 22, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
tim2404.fifp2