IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

R. TIMMONS,

      Plaintiff,                    No. CIV S-08-2404 LKK DAD P

   vs.

M. SLADE, et al.,

      Defendants.               <u>ORDER</u>

_____/

       On August 12, 2009, plaintiff filed late objections to findings and recommendations which were issued by the court on May 26, 2009.  In those findings and recommendations the undersigned had recommended that this action be dismissed due to plaintiff's failure to submit a completed in forma pauperis application, including a certified copy of his inmate trust account statement.  The findings and recommendations were issued in light of the numerous opportunities and extensions of time plaintiff had been provided to submit a properly completed in forma pauperis application.[1]  The assigned District Judge adopted those

---

[1] The court had initially ordered plaintiff to submit his in forma pauperis application on October 10, 2008.  When plaintiff failed to comply with the court's order, the court issued findings and recommendations on November 19, 2008, recommending that this action be dismissed without prejudiced.  Those findings and recommendations were vacated on December 1, 2008, and plaintiff was granted an additional thirty days to submit a properly completed in forma pauperis application.  On January 21, 2009, findings and recommendations were again issued recommending dismissal

1

1  findings and recommendations on August 7, 2009, and this civil rights action was dismissed
2  without prejudice on that date.  In his objections, belatedly filed on August 12, 2009, plaintiff
3  requests that he be granted an additional forty-five days to submit the certified copy of his trust
4  account statement.  Plaintiff's request in this regard will be denied.  Plaintiff is also advised that
5  any further documents filed in this closed case will be disregarded and no further orders will
6  issue in response to future filings.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  Plaintiff's late objections (Doc. No. 15), filed on August 12, 2009, will be placed in the file and disregarded;

   2.  Plaintiff's August 12, 2009 request for an extension of time to submit his completed in forma pauperis application (Doc. No. 15) is denied; and

   3.  No orders will issue in response to future filings in this closed case.

DATED: October 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
timm2404.58

---

without prejudice when plaintiff again failed to file a properly completed in forma pauperis application within the extended time provided for him to do so. The January 21, 2009, findings and recommendations were also vacated on February 3, 2009, and plaintiff was provided yet another thirty-day extension to submit a properly completed application. When plaintiff again failed to file his completed application, the court issued findings and recommendations on May 26, 2009, recommending dismissal without prejudice.  It is in response to those final findings and recommendations that plaintiff has filed belated objections, seeking a further extension of time to permit him to file a properly completed in forma pauperis application.